IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02452-PAB-MEH

ANASTASIA DANATT,

    Plaintiff,

v.

JANA M. DEWITT,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 6, 2014.**

    Despite Plaintiff's failure to comply with D.C. Colo. LCivR 15.1(b), in the interests of justice, Plaintiff's Unopposed Motion to Amend Complaint [filed November 6, 2014; docket #20] is **granted**. In contravention of the local rule, Plaintiff failed to provide a copy of the proposed pleading tracking the changes from the original pleading; however, her explanation in the motion has allowed the Court to review the changes fairly easily.

    Accordingly, on or before November 10, 2014, the Plaintiff shall file her proposed pleading on the docket as an "Amended Complaint and Jury Demand." Defendant shall respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).